**Electronically Filed
Supreme Court
SCWC-22-0000421
08-SEP-2025
02:13 PM
Dkt. 32 ODAC**

SCWC-22-0000421

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
BNC MORTGAGE LOAN TRUST 2007-1 MORTGAGE PASSTHROUGH
CERTIFICATES, SERIES 2007-1, A NATIONAL ASSOCIATION,
Respondent/Plaintiff-Counterclaim Defendant-Appellee,

vs.

CARROL E. HALL,
Petitioner/Defendant-Counterclaimant-Appellant,

and

PIILANI HOMEOWNERS ASSOCIATION; DAVID J. HIGHT; THOMAS GILLIGAN;
SHARON GILLIGAN; STATE OF HAWAIʻI – DEPARTMENT OF TAXATION,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000421; CASE NO. 2CC171000419(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ., and
Circuit Judge Nakamoto in place of Recktenwald, C.J., recused)

Petitioner/Defendant-Counterclaimant-Appellant Carrol E.
Hall's application for writ of certiorari filed on July 15,
2025, is rejected.

DATED:  Honolulu, Hawaiʻi, September 8, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Henry T. Nakamoto

